

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00024-CV

| | | |
|---|---|---|
| IN RE VAN SHAW, Relator | § | Original Proceeding |
| | § | 236th District Court of Tarrant County, Texas |
| | § | Trial Court No. 236-267402-13 |
| | § | January 28, 2025 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to produce to the court, written, signed orders on all five of relator Van Shaw's motions by Thursday, January 30, 2025, at noon. We are confident that the trial court will comply with this directive, and we will issue the writ only if respondent fails to do so.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach